# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTEO VELASCO PERALTA, JOSE VELASCO PERALTA, CELIA VERONICA BARROS, Individually and On behalf of all persons similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>EL TIBURON, INC. d.b.a LAS ISLAS MARIAS RESTAURANT and MARIO NUNEZ, individually,<br><br>Defendant(s). | Case No. 16cv09112<br>Judge John J. Tharp, Jr. |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of plaintiffs Celia Veronica Barrios in the amount of $88,176.04, Jose Velasco Peralta in the amount of $28,911.33 and Timoteo Velasco Peralta in the amount of $26,790.40, and against the defendants. Plaintiffs shall recover attorneys' fees and costs from defendants.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a motion for default judgment.

Date: 1/12/2017         Thomas G. Bruton, Clerk of Court

                        Alberta Rone, Deputy Clerk